## No. 2015-1106

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____

**PAR SYSTEMS, INC., LOCKHEED MARTIN CORPORATION,**

*Plaintiffs-Appellees*

v.

**IPHOTON SOLUTIONS, LLC, THOMAS E. DRAKE, MARK DUBOIS, HNU SYSTEMS, LLC,**

*Defendants-Appellees*

v.

**PAUL V. STORM, STORM, LLP,**

*Sanctioned Parties-Appellants*

Appeal from the United States District Court for the Northern District of Texas in No. 4:10-cv-00393-Y, Senior Judge Terry R. Means

**JOINT NOTICE OF APPELLANTS AND APPELLEE PAR SYSTEMS, INC. REGARDING DISTRICT COURT'S ORDER MOOTING THE PRESENT APPEAL**

Pursuant to this Court's June 23, 2015 Order, Dkt. No. 32, Sanctioned Parties-Appellants Paul V. Storm and Storm, LLP (collectively, "Storm") and Plaintiff-Appellee PaR Systems, Inc. ("PaR Systems") jointly advise this Court

that the district court has granted Storm's Motion to Modify Sanctions. The district court's order is attached as Exhibit A. As Storm previously indicated in its Unopposed Motion to Remand, Dkt. No. 31, Storm will not further pursue this appeal and the matter will be resolved. Accordingly, Storm and PaR Systems submit that this order moots the appeal and that the appeal should be dismissed.

Dated: December 18, 2015               Respectfully submitted,

GARDERE WYNNE SEWELL LLP              PERKINS COIE LLP

By /s/ Paul V. Storm                   By /s/ Dan L. Bagatell
     Paul V. Storm                          Dan L. Bagatell

Counsel for Paul V. Storm, Storm LLP   Counsel for PaR Systems, Inc.
Sanctioned Parties-Appellants          Plaintiff-Appellee

# CERTIFICATES OF INTEREST

Counsel for Plaintiff-Appellee PaR Systems, Inc. certifies the following:

The full name of every party or *amicus curiae* represented by me is:

PaR Systems, Inc.

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or *amicus curiae* represented by me are:

Mezzanine Management Fund IV A, L.P., Mezzanine Management Fund IV Coinvest A, L.P., and Mezzanine Management Fund IV Coinvest B, L.P.

The names of all law firms and the partners or associates that appeared for the party or *amicus curiae* now represented by me in the district court or are expected to appear in this Court are listed below.

### PERKINS COIE LLP

| | | |
|---|---|---|
| Dan L. Bagatell | Michael R. Osterhoff | Adam L. Marchuk |
| Heather A. Boice | | |

### K&L GATES

Kim J. Askew, Suzanne E. Konrad, John H. McDowell, Jr. (now with Andrews Kurth LLP), Robert H. Mow, Jr., Michael T. Murphy (now with Global IP Counselors, LLP), and Benjamin Setnick (now with Andrews Kurth LLP)

Dated: December 18, 2015          /s/ Dan L. Bagatell  
                                  Dan L. Bagatell

Counsel for Sanctioned Parties-Appellants Paul V. Storm and Storm LLP certifies the following:

The full name of every party or *amicus curiae* represented by me is:

Paul V. Storm and Storm LLP

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

n/a

The names of all law firms and the partners or associates that appeared for the party or *amicus curiae* now represented by me in the district court or are expected to appear in this Court are listed below.

Paul V. Storm            Storm LLP

Dated:  December 18, 2015            /s/ Paul V. Storm
                                     Paul V. Storm

# CERTIFICATE OF AUTHORITY AND PROOF OF SERVICE

I certify that I have authority from Paul V. Storm, Counsel for Paul V. Storm and Storm LLP, Sanctioned Parties-Appellants, to include his electronic signature on this document.

I further certify that the foregoing document was served on registered counsel of record for all parties via the Court's CM/ECF system on December 18, 2015.

                                            */s/* Dan L. Bagatell
                                                Dan L. Bagatell
                                                Counsel for PaR Systems, Inc.,
                                                Plaintiff-Appellee

# EXHIBIT A

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION

PAR SYSTEMS, INC.            §
                             §
VS.                          §   ACTION NO. 4:10-CV-393-Y
                             §
IPHOTON SOLUTIONS, LLC, ET AL. §
```

## ORDER GRANTING MOTION TO MODIFY SANCTIONS

The Fifth Circuit Court of Appeals recently remanded this case for consideration of the Motion to Modify Sanctions (doc. 307) filed by movant Paul Storm and Storm LLP ("Storm"). After consideration of the motion, and as indicated in the Court's April 10 order granting Storm's request for an indicative ruling, the Court concludes that the sanctions order should be and hereby is MODIFIED as follows:

In the order dated April 17, 2012, the paragraph starting on the bottom of page 7 and ending on page 8 is STRICKEN and replaced with the following:

> Although the Court does not conclude that confidential information was misused, in view of the admitted violation, sanctions to fulfill the purposes of the rules are appropriate. Defendants' suggested sanction--punishment for Storm alone--appears to be insufficient to address the admitted violations of the clear and agreed protective order.

In the order dated October 17, 2012, the second and third sentences of the paragraph starting on page 3 are STRICKEN and replaced with the following:

> The Court concluded that a violation had occurred without concluding that Storm had used Plaintiffs' confidential information in prosecuting the moveable-beam application. Nevertheless, the Court could not fashion an appropriate remedy for the violation based on the parties' briefing.

SIGNED July 23, 2015.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE